UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID WALKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | NO. CV-06-5024-CI |
| v. ) | |
| ) | |
| MAGGIE MILLER-STOUT, ) | **JUDGMENT** |
| ) | |
| Respondent. ) | |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petition and its claims for relief are **DISMISSED WITH PREJUDICE**, and Judgment is entered for Respondent.

DATED this 9th day of January, 2007..

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal, Deputy Clerk

cc: counsel of record